IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL THOMAS, and
LISA THOMAS,**

**Plaintiffs,**

v.

**LOUISVILLE LADDER, INC.,
a corporation,**

**Defendant.**                                                                   **No. 10-246-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiffs' Motion to Dismiss with Prejudice (Doc. 23). Specifically, Plaintiffs seek to dismiss their claims against Defendant Louisville Ladder, Inc. with prejudice. Presumably, Plaintiffs seek dismissal of their claims pursuant to **Fed.R.Civ.P. 41(a)(2).** Defendants do not object to the motion.

      Accordingly, the Court **GRANTS** Plaintiffs' Motion to Dismiss with Prejudice (Doc. 23). The Court **DISMISSES with prejudice** Plaintiffs' claims against Defendant. The Clerk to enter judgment accordingly.

      **IT IS SO ORDERED.**

      Signed this 4th day of November, 2010.

David R. Herndon
2010.11.04 11:14:09
-05'00'

**Chief Judge
United States District Court**