IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL THOMAS, and
LISA THOMAS,

Plaintiffs,

v.

LOUISVILLE LADDER, INC.,
a corporation,

Defendant.                                    No. 10-246-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Plaintiffs' Motion to Dismiss with prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 4, 2010, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
                Deputy Clerk

Dated: November 4, 2010


David R. Herndon
2010.11.04 11:47:41
-05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT